MATTHEW D. MURPHEY (CAL. SBN: 194111)
GORDON & REES LLP
2100 Ross Avenue, Suite 2600
Dallas, Texas 75201
Telephone: (214) 461-4050
Facsimile: (214) 461-4053
Email: mmurphey@gordonrees.com

ANDREW J. CASTRICONE (CAL. SBN: 154607)
GORDON & REES LLP
275 Battery Street, Ste. 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
Email: jcastricone@gordonrees.com

Attorneys For: Defendant
INVITROGEN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CLINISCIENCES S.A., a French corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZYMED LABORATORIES, INC., a California corporation, INVITROGEN CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. C 05 5023 (JCS)<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT INVITROGEN CORPORATION TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1**<br><br>Hon. Joseph C. Spero<br><br>Complaint filed: 12/6/05 |

TO THE COURT:

This Stipulation is made and entered into by and between Plaintiff CLINISCIENCES S.A. (hereinafter referred to as "Cliniciences") and Defendant INVITROGEN CORPORATION (hereinafter referred to as "Invitrogen"), by and through their respective counsel, with reference to the following:

WHEREAS, on December 5, 2005, Cliniciences filed a complaint against several defendants, including Invitrogen;

WHEREAS, Invitrogen has only recently obtained counsel in this matter;

-1-

STIPULATION TO EXTEND TIME FOR DEFENDANT INVITROGEN CORPORATION TO RESPOND

1  thus the parties believe that it is appropriate to extend Invitrogen's time to respond
2  to or answer the Complaint;
3      WHEREAS, Clinisciences agrees to extend Invitrogen's time to respond to
4  or answer the Complaint by one week up to and including January 13, 2006; and
5      WHEREAS, this Stipulation is without prejudice to either party's position
6  with respect to any factual or legal issue presented by the Complaint;
7      NOW THEREFORE, Plaintiff CLINISCIENCES S.A. and Defendant
8  INVITROGEN CORPORATION hereby stipulate pursuant to Local Rule 6-1, by
9  and through their respective counsel, that Invitrogen shall have up to and
10 including January 13, 2006 to respond to the Complaint.

12 Dated: January 6, 2006     **GORDON & REES LLP**

_Lindsay Huller, for_
Matthew D. Murphey
Andrew J. Castricone
Attorneys for Defendant
INVITROGEN CORPORATION

18 Dated: January 2, 2006     **MITCHELL SILBERBERG & KNUPP LLP**

Thomas P. Lambert
Evan R. Goldstein
Attorneys for Plaintiff
CLINISCIENCES S.A.

24 Dated: Jan. 9, 2006



IT IS SO ORDERED
Judge Joseph C. Spero

-2-

STIPULATION TO EXTEND TIME FOR DEFENDANT INVITROGEN CORPORATION TO RESPOND
TO COMPLAINT PURSUANT TO LOCAL RULE 6-1

Gordon & Rees LLP
101 West Broadway
Suite 1600
San Diego, CA 92101