MATTHEW D. MURPHEY (CAL. SBN: 194111)
GORDON & REES LLP
2100 Ross Avenue, Suite 2600
Dallas, Texas 75201
Telephone: (214) 461-4050
Facsimile: (214) 461-4053
Email: mmurphey@gordonrees.com

ANDREW J. CASTRICONE (CAL. SBN: 154607)
GORDON & REES LLP
275 Battery Street, Ste. 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
Email: jcastricone@gordonrees.com

Attorneys For: Defendant
ZYMED LABORATORIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CLINISCIENCES S.A., a French corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZYMED LABORATORIES, INC., a California corporation, INVITROGEN CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. C 05 5023 (JCS)<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT ZYMED LABORATORIES, INC. TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1**<br><br>Hon. Joseph C. Spero<br><br>Complaint filed: 12/6/05 |

TO THE COURT:

This Stipulation is made and entered into by and between Plaintiff CLINISCIENCES S.A. (hereinafter referred to as "Clinisciences") and Defendant ZYMED LABORATORIES, INC. (hereinafter referred to as "Zymed"), by and through their respective counsel, with reference to the following:

WHEREAS, on December 5, 2005, Clinisciences filed a complaint against several defendants, including Zymed;

WHEREAS, Zymed has only recently obtained counsel in this matter; thus

-1-

STIPULATION TO EXTEND TIME FOR DEFENDANT ZYMED LABORATORIES, INC. TO RESPOND

the parties believe that it is appropriate to extend Zymed's time to respond to or answer the Complaint;

WHEREAS, Clinisciences agrees to extend Zymed's time to respond to or answer the Complaint by one week up to and including January 13, 2006; and

WHEREAS, this Stipulation is without prejudice to either party's position with respect to any factual or legal issue presented by the Complaint;

NOW THEREFORE, Plaintiff CLINISCIENCES S.A. and Defendant ZYMED LABORATORIES, INC. hereby stipulate pursuant to Local Rule 6-1, by and through their respective counsel, that Zymed shall have up to and including January 13, 2006 to respond to the Complaint.

Dated: January 6, 2006    **GORDON & REES LLP**

_Lindsay J. Hulley, for_
Matthew D. Murphey
Andrew J. Castricone
Attorneys for Defendant
ZYMED LABORATORIES, INC.

Dated: January 6, 2006    **MITCHELL SILBERBERG & KNUPP LLP**

Thomas P. Lambert
Evan R. Goldstein
Attorneys for Plaintiff
CLINISCIENCES S.A.

Dated: Jan. 9, 2006



IT IS SO ORDERED
Judge Joseph C. Spero

-2-

STIPULATION TO EXTEND TIME FOR DEFENDANT ZYMED LABORATORIES, INC. TO RESPOND