1  THOMAS P. LAMBERT (SBN 50952)
   GREGORY L. GOODFRIED (SBN 240389)
2  Email: glg@msk.com
   MITCHELL SILBERBERG & KNUPP LLP
3  11377 West Olympic Boulevard
   Los Angeles, California 90064-1683
4  Telephone: (310) 312-2000
   Facsimile: (310) 312-3100
5
   Attorneys for Plaintiff
6  Clinisciences S.A.

7  ANDREW D. CASTRICONE
   Email: acastricone@gordonrees.com
8  GORDON & REES, LLP
   275 Battery Street, Suite 2000
9  San Francisco, CA  94111
   Telephone: (415) 986-5900
10 Facsimile: (415) 986-8054

11 Attorneys for Defendants,
   Zymed Laboratories, Inc., and Invitrogen Corporation
12

13                     UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                         SAN FRANCISCO DIVISION

| | |
|---|---|
| 16  CLINISCIENCES S.A., | CASE NO.  C-05-05023 MMC |
| 17             Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE** |
| 18        v. | **MANAGEMENT CONFERENCE** |
| 19  ZYMED LABORATORIES, INC., a California corporation, and INVITROGEN | |
| 20  CORPORATION, a Delaware corporation, | |
| 21             Defendants. | |

Mitchell
Silberberg &
Knupp LLP

0958818.1

CASE NO.  C-05-05023 MMC

JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE CMC

1  TO THE HONORABLE COURT:

2      The parties to the above-entitled action jointly submit this Joint Stipulation and Proposed
3  Order to continue the Case Management Conference to May 5, 2006 at 10:30 a.m.

4

5      The Case Management Conference is currently set for April 7, 2006 at 10:30 a.m.

6

7      The parties have reached a tentative settlement agreement in principle.  The parties are in
8  the process of negotiating the final settlement terms and preparing a written settlement agreement
9  so as to effectuate the settlement.

10

11     The parties request that the Case Management Conference be postponed to Friday, May 5,
12 2006 at 10:30 a.m.

13

14
15 DATED: April 6, 2006                    THOMAS P. LAMBERT
                                          GREGORY L. GOODFRIED
16                                        MITCHELL SILBERBERG & KNUPP LLP

17
                                          By: /S/GREGORY L. GOODFRIED
18                                            Gregory L. Goodfried
                                              Attorneys for Plaintiff
19                                            CLINISCIENCES S.A.

20
21 DATED: April 6, 2006                    ANDREW CASTRICONE
                                           GORDON REESE, LLP
22

23                                         By: /S/ANDREW CASTRICONE
24                                             Andrew Castricone
                                               Attorneys for Defendants
25                                             ZYMED LABORATORIES, INC., and
                                               INVITROGEN CORPORATION
26

27

28

Mitchell Silberberg & Knupp LLP
0958818.1

1    CASE NO.  C-05-05023 MMC
JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE CMC

1  **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

2  The Case Management Conference originally scheduled for April 7, 2006 is hereby

3  continued to **May 5, 2006 at 10:30 a.m.**

4

5  DATED: April 6, 2006

6  The Honorable Maxine M. Chesney
United States District Judge