**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

CLINISCIENCES S.A.,                                    No. C-05-5023 MMC

11                Plaintiff,                            **ORDER GRANTING REQUEST TO**
                                                       **CONTINUE CASE MANAGEMENT**
12     v.                                              **CONFERENCE**

13     ZYMED LABORATORIES, INC., et al.,

14                Defendants.

15     _____/

16

17          In light of the parties' representation that they have reached a settlement in principle

18     of the instant action, their request to continue the case management conference from

19     May 12, 2006 to June 23, 2006 at 10:30 a.m. to allow the parties time to finalize the

20     settlement agreement is hereby GRANTED.  The parties shall file a joint case management

21     statement no later than June 16, 2006.

22          **IT IS SO ORDERED.**

23

24     Dated: May 8, 2006                              MAXINE M. CHESNEY
                                                       United States District Judge

25
26
27
28