**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINISCIENCES S.A., | No. C-05-5023 MMC |
| Plaintiff, | **ORDER GRANTING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| ZYMED LABORATORIES, INC., et al., | |
| Defendants. | |
| _____/ | |

In light of the parties' representation that they have reached a settlement in principle of the instant action, their request to continue the case management conference from June 23, 2006 to July 21, 2006 at 10:30 a.m. to allow the parties time to finalize the settlement agreement is hereby GRANTED. The parties shall file a joint case management statement no later than July 14, 2006.

**IT IS SO ORDERED.**

Dated: June 16, 2006

MAXINE M. CHESNEY
United States District Judge