1  THOMAS P. LAMBERT (SBN 50952)
   GREGORY L. GOODFRIED (SBN 240389)
2  Email: glg@msk.com
   MITCHELL SILBERBERG & KNUPP LLP
3  11377 West Olympic Boulevard
   Los Angeles, California 90064-1683
4  Telephone: (310) 312-2000
   Facsimile: (310) 312-3100
5
   Attorneys for Plaintiff
6  Clinisciences S.A.

7  ANDREW D. CASTRICONE
   Email: acastricone@gordonrees.com
8  GORDON & REES LLP
   275 Battery Street, Suite 2000
9  San Francisco, CA 94111
   Telephone: (415) 986-5900
10 Facsimile: (415) 986-8054

11 LINDSAY J. HULLEY
   Email: lhulley@gordonrees.com
12 GORDON & REES LLP
   101 West Broadway, Suite 1600
13 San Diego, CA 92101
   (619) 696-6700
14 (619) 696-7124

15 Attorneys for Defendants,
   Zymed Laboratories, Inc., and Invitrogen Corporation
16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                        SAN FRANCISCO DIVISION

| | |
|---|---|
| 20  CLINISCIENCES S.A., | CASE NO. C-05-05023 MMC |
| 21           Plaintiff, | **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| 22           v. | **AND [PROPOSED] ORDER** |
| 23  ZYMED LABORATORIES, INC., a California corporation, and INVITROGEN | |
| 24  CORPORATION, a Delaware corporation,, | |
| 25           Defendants. | |

26
27
28

CASE NO. C-05-05023 MMC

JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER

1  TO THE HONORABLE COURT:

2      The parties to the above-entitled action submit this Joint Stipulation To Continue Case

3  Management Conference and Proposed Order.

4

5  **<u>Settlement</u>**

6      The parties have executed a settlement agreement. The parties anticipate that the

7  settlement funds will be paid within the next thirty (30) days. After payment, plaintiff will file a

8  dismissal with prejudice of the above-entitled action.

9      To allow the parties time to complete the settlement, the parties request that the Case

10  Management Conference currently scheduled for July 21, 2006 be postponed to September 1,

11  2006.

12

DATED: July 18, 2006　　　　　　　　　　　　THOMAS P. LAMBERT
13 ~~GREGORY L. GOODFRIED~~
　　　　　　　　　　　　　　　　　　　　　　　　　　MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Gregory L. Goodfried
    Gregory L. Goodfried
    Attorneys for Plaintiff
    CLINISCIENCES S.A.

DATED: July 18, 2006　　　　　　　　　　　　ANDREW CASTRICONE
　　　　　　　　　　　　　　　　　　　　　　　　　　GORDON REESE, LLP

By: /s/ Lindsay J. Hulley
    Andrew Castricone
    Lindsay J. Hulley
    Attorneys for Defendants
    ZYMED LABORATORIES, INC., and
    INVITROGEN CORPORATION

## CASE MANAGEMENT ORDER

IT IS HEREBY ORDERED THAT the Case Management Conference previously scheduled for July 21, 2006 is continued to September 1, 2006. A joint case management statement shall be filed no later than August 25, 2006.

DATED: July 19, 2006

*[signature]*
The Honorable Maxine M. Chesney
United States District Judge